Michael S. Fischman (MF 7245)
mfischman@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LABORATOIRES CARILÈNE S.A.S.,

           Plaintiff,

      v.

AUGIRA LABORATORIES, INC.,

           Defendant.

ECF Case
Rule 7.1 Statement
Civil Action No. 07 CIV 9616

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Laboratories Carilene S.A.S., certifies that it has *no* corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, NY
       October 25, 2007

PHILLIPS NIZER LLP

By: _____
Michael Fischman (MF 7245)
*Attorney for Plaintiff*
666 Fifth Avenue
New York, NY 10103
(212) 977-9700
(212) 262-5152 (Fax)

1022503.1