AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LABORATOIRES CARILÈNE S.A.S,

      Plaintiff,

V.

AUGIRA LABORATORIES, INC.,
      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 9616**

JUDGE LYNCH

TO: (Name and address of Defendant)

AUGIRA LABORATORIES, INC.
10635 Santa Monica Boulevard, Suite 120
Los Angeles, California 90025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Fischman
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

an answer to the complaint which is served on you with this summons, within 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

022483.1

(By) DEPUTY CLERK

DATE

OCT 29 2007

2002 © American LegalNet, Inc.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | |
| Plaintiff: LABORATORIES CARILENE S.A.S. | | | | |
| Defendant: AUGIRA LABORATORIES, INC. | | | | |
| **PROOF OF SERVICE SUMMONS CIVIL/CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: '07 CIV 9616 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT WITH EXHIBITS; RULE 7.1 STATEMENT AND JUDGE'S RULES

3. a. Party served: AUGIRA LABORATORIES, INC.
   b. Person served: CHRISTIE MAY, AUTHORIZED TO ACCEPT SERVICE, White, Female, 33 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 130 Pounds

4. Address where the party was served: 10635 SANTA MONICA BLVD. SUITE 120 West Los Angeles, CA 90025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 01, 2007 (2) at: 12:05PM

7. **Person Who Served Papers:**
   a. JOHN DAWN
   b. LEGALEASE, INC.
      139 FULTON STREET
      NEW YORK, NY 10038
   c. 212.393.9070

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: PSC 53
      (iii) County: Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Nov. 01, 2007

(JOHN DAWN)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

3939070.9055