UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LABORATOIRES CARILÈNE S.A.S., )
)
               Plaintiff, )
)
v. ) Civ. A. No. 07-9616
) (GEL) (JCF)
AURIGA LABORATORIES, INC. )
)
)
               Defendant. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

### STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

The parties having agreed to an extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint; and

this having been the first such extension sought; and

this stipulation having been filed within 20 days after service of the Complaint on November 1, 2007; now therefore,

IT IS HEREBY ORDERED that the date by which Defendant shall answer or otherwise respond to the Complaint is extended from November 21, 2007 to December 13, 2007.

PHILLIPS NIZER LLP

By: _____
Michael S. Fischman (MF 7245)
Elizabeth Adinolfi (EA 3557)
666 Fifth Avenue
New York, New York 10103
(212) 977-9700
*Attorneys for Plaintiff*

FROMMER LAWRENCE & HAUG LLP

By: _____
Charles J. Raubicheck (CR 5058)
David A. Zwally (DZ 2662)
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
*Attorneys for Defendant*

SO ORDERED this 16th day of November, 2007.

_____
The Honorable George E. Lynch
U.S.D.J.