UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LABORATOIRES CARILENE S.A.S,

Plaintiff,

-v-

AUGIRA LABORATORIES, INC.

Defendant.

Case No. 07-9616

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Auriga Laboratories, Inc. (misspelled in caption) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no parents, affiliates, and/or subsidiaries of Auriga Laboratories, Inc.

**Date:** December 13, 2007

Signature of Attorney

**Attorney Bar Code:** DZ 2662

Form Rule7_1.pdf  SDNY Web 10/2007