Michael S. Fischman (MF 7245)
Elizabeth Adinolfi (EA 3557)
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

Counsel for Plaintiff and Counterclaim-Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LABORATOIRES CARILÈNE S.A.S., | |
| Plaintiff and Counterclaim Defendant, | Civ. 07 Civ. 9616 (GEL)(JCF) |
| v. | **NOTICE OF APPEARANCE** |
| AURIGA LABORATORIES, INC., | ECF Filing |
| Defendant and Counterclaim Plaintiff. | |

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Michael S. Fischman, a partner in the law firm of Phillips Nizer LLP, hereby appears as counsel of record for plaintiff/counterclaim defendant LABORATOIRES CARILÈNE S.A.S., and demands that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Michael S. Fischman at the following addresses and telephone number:

    mfischman@phillipsnizer.com    PHILLIPS NIZER LLP
    666 Fifth Avenue
    New York, NY 10103
    (212) 977-9700
    Attn:  Michael S. Fischman, Esq.

Dated: New York, New York
       January 3, 2008

                      PHILLIPS NIZER LLP

                      By: //Michael S. Fischman_____
                          Michael S. Fischman (MF 7245)
                          (mfischman@phillipsnizer.com)

1029562.1

                    Elizabeth Adinolfi (EA 3557)
                    (eadinolfi@phillipsnizer.com)
                    666 Fifth Avenue
                    New York, New York 10103-0084
                    (212) 977-9700

*Counsel for Plaintiff/Counterclaim Defendant Laboratoires Carilène S.A.S.*

2

1029562.1