UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____   x
                                      :
LABORATOIRES CARILÈNE S.A.S.,         :
                                      :   No. 07 CIV 9616
              Plaintiff and           :   (GEL) (JCF)
              Counterclaim Defendant, :
                                      :
        v.                            :
                                      :   NOTICE OF APPEARANCE
AUGIRA LABORATORIES, INC.,            :
                                      :
              Defendant and           :   ECF Filed
              Counterclaim Plaintiff. :
_____   x
```

PLEASE TAKE NOTICE that the undersigned appears as counsel in the above-captioned action for AURIGA[1] LABORATORIES, INC. and requests that all future documents and papers be served upon the undersigned at the address stated below.

Dated: New York, New York          FROMMER LAWRENCE & HAUG LLP
       January 24, 2008

                                   By:  _____/s/_____
                                        Charles J. Raubicheck (CR 5058)
                                        745 Fifth Avenue
                                        New York, New York 10151
                                        Tel.: (212) 588-0800
                                        Fax: (212) 588-0500
                                        craubicheck@flhlaw.com

                                        *Attorney for Defendant and
                                        Counterclaim Plaintiff
                                        Auriga Laboratories, Inc.*

To:   Michael Scott Fischman
      Elizabeth Anne Adinolfi
      PHILLIPS NIZER LLP
      666 5th Avenue
      New York, New York 10103

      *Attorneys for Plaintiff and
      Counterclaim Defendant*

---

[1] Counsel for Auriga have notified plaintiff that Auriga's corporate name is misspelled in the caption but the plaintiff has not taken corrective action yet.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served by CM/ECF notification on the following:

Michael Scott Fischman
Elizabeth Anne Adinolfi
PHILLIPS NIZER LLP
666 5th Avenue
New York, NY 10103
212 977-9700
Fax: 212 262 5152
mfischman@phillipsnizer.com
eadinolfi@phillipsnizer.com

*Attorneys for Plaintiff and Counterclaim Defendant*

/s/
Charles J. Raubicheck