UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                               USDC SDNY
                                               DOCUMENT
                                               ELECTRONICALLY FILED
                                               DOC #: _____
                                      x        DATE FILED: 2/1/08
                                      :
LABORATOIRES CARILÈNE S.A.S.,         :
                                      :
            Plaintiff and             :        No. 07 CIV 9616
            Counterclaim Defendant,   :        (GEL) (JCF)
                                      :
     v.                               :
                                      :
AUGIRA LABORATORIES, INC.,            :
                                      :
            Defendant and             :
            Counterclaim Plaintiff.   :
                                      :        ECF Filed
                                      x
```

## CIVIL CASE MANAGEMENT PLAN

After consultation with counsel for all parties, the following Case Management Plan is adopted. The plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. The case is to be tried to a jury.

2. Joinder of additional parties must be accomplished by: March 14, 2008

3. Amended pleadings may be filed until: March 14, 2008.

4. All discovery is to be completed by: See chart below for competing proposals.

5. And the interim deadlines identified in the chart below will apply:

| Event | Carilene's Proposed Dates | Auriga's Proposed Dates |
|---|---|---|
| Exchange Rule 26(a)(1) disclosures no later than | February 14, 2008 | Agreed |
| Rule 34 and Local Rule 33(a) Requests to be served no earlier than | February 20, 2008 | March 3, 2008 |

00518583

| Event | Carilene's Proposed Dates | Auriga's Proposed Dates |
|---|---|---|
| Fact depositions completed by<br><br>• Depositions are not to occur until all parties have responded to the first request for the production of documents;<br><br>• Depositions shall proceed concurrently;<br><br>• Non-party depositions shall follow party depositions; and<br><br>• No deposition shall extend beyond two business days with prior leave of court. | June 6, 2008 | August 1, 2008 |
| Requests to Admit (Rule 36) to be served by | May 9, 2008 | July 1, 2008 |
| Fact discovery closes | June 6, 2008 | August 1, 2008 |
| Identification of experts | June 13, 2008 | August 8, 2008 |
| Case-in-chief expert reports due | June 13, 2008 | August 22, 2008 |
| Opposition reports due | June 27, 2008 | September 12, 2008 |
| Reply reports due | None | September 19, 2008 |
| Expert discovery, including depositions, completed by | July 3, 2008 | October 15, 2008 |
| Dispositive motions served no later than | July 18, 2008 | October 31, 2008 |

00518583

| Event | Carilene's Proposed Dates | Auriga's Proposed Dates |
|---|---|---|
| Oppositions to dispositive motions | August 6, 2008 | November 14, 2008 |
| Replies to dispositive motions | August 15, 2008 | November 21, 2008 |
| Submission of Joint Pretrial Order | TBD | TBD |
| Pretrial Conference | TBD | TBD |

(Auriga's Proposed Dates column crossed out)

6. The parties do not consent to trial by a U.S. Magistrate Judge.

*Next conference June 13, 2008 at 12 noon.*

APPROVED AND SO ORDERED

Dated this 1st day of February, 2008

_____
Gerald E. Lynch
United States District Judge

3                                                                 00518583