UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LABORATOIRES CARILÈNE S.A.S., | |
| Plaintiff and Counterclaim Defendant, | No. 07 CIV 9616 (GEL) (JCF) |
| v. | |
| AUGIRA LABORATORIES, INC., | **NOTICE OF APPEARANCE** |
| Defendant and Counterclaim Plaintiff. | Document Filed Electronically |

PLEASE TAKE NOTICE that Philip Y. Kouyoumdjian appears as counsel in the above-captioned action for AURIGA[1] LABORATORIES, INC. and requests that all future documents and papers be served upon the undersigned at the address stated below.

Dated: New York, New York
May 22, 2008

FROMMER LAWRENCE & HAUG LLP

By: ___/s/___
Philip Y. Kouyoumdjian (PK-3819)
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500
pkouyoumdjian@flhlaw.com

*Attorney for Defendant and
Counterclaim Plaintiff
Auriga Laboratories, Inc.*

To: Michael Scott Fischman
Elizabeth Anne Adinolfi
PHILLIPS NIZER LLP
666 5th Avenue
New York, New York 10103

*Attorneys for Plaintiff and
Counterclaim Defendant*

---

[1] Counsel for Auriga have notified plaintiff that Auriga's corporate name is misspelled in the caption but the plaintiff has not taken corrective action yet.

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served by CM/ECF notification on the following:

Michael Scott Fischman
Elizabeth Anne Adinolfi
PHILLIPS NIZER LLP
666 5th Avenue
New York, NY 10103
212 977-9700
Fax: 212 262 5152
mfischman@phillipsnizer.com
eadinolfi@phillipsnizer.com

*Attorneys for Plaintiff and Counterclaim Defendant*

                                                    /s/
                                       Philip Y. Kouyoumdjian