**FLH FROMMER LAWRENCE & HAUG LLP**

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Tokyo

June 11, 2008

David A. Zwally
DZwally@flhlaw.com

<u>Via Facsimile</u>

Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Re:  *Laboratoires Carilène S.A.S. v. Auriga Labs, Inc.*
     Civ. A. No. 07-9616 (S.D.N.Y.) (GL)

Dear Judge Lynch:

We represent Defendant Auriga Laboratories, Inc. in the above-captioned action.

The parties respectfully request an adjournment of the Case Management Conference currently scheduled for June 13, 2008 to June 18, 2008 at 3:00 p.m. The parties request the adjournment to further the recent settlement negotiations.

Respectfully yours,

David A. Zwally

cc: Michael S. Fischman, Esq.

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

6/11/08

00556218