UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08
```

LABORATOIRES CARILÈNE S.A.S.,

        Plaintiff,

  v.

AUGIRA LABORATORIES, INC.,

        Defendant.

07 CV 9616 (GEW)

**STIPULATION OF VOLUNTARY DISMISSAL**

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Laboratoires Cariléne S.A.S. and Defendant Auriga Laboratories, Inc., by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate and agree to the voluntary dismissal of each other as parties to the captioned action.

This voluntary dismissal is with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice, except the parties consent to the Court herein

1049283.1

retaining jurisdiction with respect to enforcement of their Settlement Agreement dated as of July 1, 2008.

Dated: New York, New York
July 1, 2008

PHILLIPS NIZER LLP

By: _____
Michael S. Fischman (MF 7245)
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

*Counsel for Plaintiff*

FROMMER LAWRENCE & HAUG LLP

By: _____
Charles J. Raubicheck (CR 5058)
David A. Zwally (DZ 2662)
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Counsel for Defendant*

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
7/24/08

2

1049283.1