UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LABORATOIRES CARILÈNE S.A.S.,

    Plaintiff/Counterclaim Defendant,

-against-

AURIGA LABORATORIES, INC.,

    Defendant/Counterclaim Plaintiff.

-------------------------------------------------------------x



07 Civ. 9616 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Upon the consent of the parties, the Clerk of Court is hereby directed to enter the attached confession of judgment in favor of plaintiff for the sum of $700,000 with prejudgment interest accruing from July 1, 2008, at the non-compounding rate of nine percent per annum.

SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                                         GERARD E. LYNCH
                                               United States District Judge