```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/-8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LABORATOIRES CARILÈNE S.A.S.,       :  No. 07 CIV 9616
                                       (GEL) (JCF)
    Plaintiff and                     :
    Counterclaim Defendant,
                                    :
    v.                                   JUDGMENT BY
                                    :  CONFESSION
AURIGA LABORATORIES, INC.,
                                    :      #08,1478
    Defendant and
    Counterclaim Plaintiff.        x

-----------------------------------------------------------x

Upon reading and filing the annexed affidavit of confession of judgment, sworn to July 14, 2008, by Elliot Maza on behalf of defendant, Auriga Laboratories, Inc. ("Auriga"), and on motion of Phillips Nizer, LLP, attorney for plaintiff, Laboratoires Carilène S.A.S. ("Carilène"), it is

ORDERED, ADJUDGED AND DECREED, that the plaintiff Carilène recover of the defendant, Auriga, a Delaware corporation with its principal office located at 5284 Adolfo Road, Camarillo, California the sum of $700,000.00, with interest thereon from July 1, 2008, to accrue at the judgment rate in effect on the date of entry, and that the plaintiff have execution therefore.

Judgment signed _August 19, 2008_.

By: _J. Michael McMahon_
                Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

1049142.1